

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00187-CR

Dianna Wyrick **RODRIGUEZ** aka Dianna Emmarose Ring,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6190
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 13, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice